In the Matter of the Application of the CITY OF ROCHESTER, Respondent, to Acquire Certain Lands in the Town of Brighton.

EDNA C. COBB, Appellant.

*Matter of City of Rochester*, 108 App. Div. 360, appeal dismissed.
(Argued January 9, 1906; decided January 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 20, 1905, which affirmed an order of the Monroe County Court granting to the appellant herein costs and an additional allowance in the above-entitled proceeding.

*William F. Lynn* for appellant.

*W. W. Webb, Corporation Counsel (Chester F. Kiehel* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.

---

ISAAC N. ROTH, Respondent, *v.* JULIA ROTH, Appellant.

(Submitted January 8, 1906; decided January 23, 1906.)

Motion to amend remittitur by striking out costs against the appellant granted, without costs of motion. (See 183 N. Y. 520.)